B. CHARLES CANET, Appellant, *v.* HIGBIE SMITH, Respondent, Impleaded with SETH NICHOLS, Defendant, Copartners, etc.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 9th day of June, 1914, as resettled by an order entered on the 19th day of June, 1914, vacating an order for the examination of defendant Smith before trial.

PER CURIAM: We think the plaintiff was entitled to examine the defendant before trial, and that the order vacating the order for such examination should be vacated. The order for examination, however, was improper in requiring the production of the books and papers. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the order for examination modified by striking out the provision requiring the production of the books and papers by the defendant. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and order for examination modified as stated in opinion. Order to be settled on notice.

---

JOSEPH HALL and Others, Respondents, *v.* MORRIS GARFINKEL, Defendant.

DAVID ROSING, Intervenor, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 6th day of March, 1914, denying the motion of David Rosing to intervene.

PER CURIAM: Upon the moving papers the intervening party shows such an interest in the property which is the subject-matter of the action as entitles him to an opportunity to prove his title thereto; and for that reason he should be made a party to the action. The order appealed from should be reversed, with ten dollars costs and disbursements, and the motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.